# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CORY DAVIS, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | |
| v. | Case No.: 1:22-cv-00776 |
| | Honorable Andrea R. Wood |
| JUMIO CORPORATION, a Delaware corporation, | |
| *Defendant*. | |

## JOINT INITIAL STATUS REPORT

The Parties jointly submit the following written status report pursuant to the Court's

February 7, 2023 Minute Order. (Dkt. 31.)

### Proposed Discovery Schedule

| EVENT | PARTIES' PROPOSED DEADLINE |
|---|---|
| Rule 26(a)(1) Initial Disclosures | February 28, 2023 |
| Completion of Fact Discovery | October 16, 2023 |
| Disclosure of Primary Expert Report(s) | November 16, 2023 |
| Deposition of Primary Expert(s) | February 16, 2024 |
| Disclosure of Rebuttal Expert Report(s) | March 18, 2024 |
| Deposition of Rebuttal Expert(s) | May 16, 2024 |
| Dispositive Motions | July 16, 2024 |

\*          \*          \*

Respectfully submitted,

**CORY DAVIS**, individually and on behalf of all others similarly situated,

Dated: March 1, 2023                    By: /s/ Schuyler Ufkes_____
                                        One of Plaintiff's Attorneys

                                        J. Eli Wade-Scott
                                        ewadescott@edelson.com
                                        Schuyler Ufkes
                                        sufkes@edelson.com
                                        EDELSON PC
                                        350 North LaSalle Street, 14th Floor
                                        Chicago, Illinois 60654
                                        Tel: 312.589.6370
                                        Fax: 312.589.6378

                                        *Attorneys for Plaintiff Cory Davis*

                                        **JUMIO CORPORATION**,

Dated: March 1, 2023                    By: /s/  Susan D. Fahringer (with authorization)
                                        One of Defendant's Attorneys

                                        Susan D. Fahringer
                                        SFahringer@perkinscoie.com
                                        Nicola C. Menaldo
                                        NMenaldo@perkinscoie.com
                                        Anna Mouw Thompson (Pro Hac Vice)
                                        AnnaThompson@perkinscoie.com
                                        PERKINS COIE LLP
                                        1201 Third Avenue, Suite 4900
                                        Seattle, WA  98101-3099
                                        Tel: (206) 359-8000
                                        Fax: (206) 359-9000

                                        Debra R. Bernard
                                        DBernard@perkinscoie.com
                                        PERKINS COIE LLP
                                        110 North Wacker Drive, 34th Floor
                                        Chicago, Illinois 60606
                                        Tel: (312) 324-8400
                                        Fax: (312) 324-9400

                                        *Attorneys for Defendant Jumio Corporation*